UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMSON ILI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SEAFOODS COMPANY, LLC, AMERICAN TRIUMPH, LLC, and DOES 1 - 10, on personam, and F/T AMERICAN TRIUMPH, Official Number 646737, her engines, tackle, apparel, furniture, etc, in rem,<br><br>　　　　　　Defendants. | Case No. C07-1275MJP<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF SAMSON ILI , and on behalf of DEFENDANTS AMERICAN SEAFOODS COMPANY, LLC and AMERICAN TRIUMPH, LLC in the amount of $2,840.85 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  COPYING COSTS | $18.90 | 0 | $18.90 |
| II. DEPOSITION COSTS | $2,672.10 | 0 | $2,672.10 |

Clerk allowed costs for depositions actually used by either party.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. WITNESS FEE | $19.00 | 0 | $19.00 |
| IV. PRODUCTION OF RECORDS | $173.25 | $42.40 | $130.85 |

Taxi costs are not allowed.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. EXPERT FEE | $503.90 | $503.90 | 0 |

Expert fees are not taxable.

Dated this ___15th___ day of DECEMBER, 2008.

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2